# Third District Court of Appeal

## State of Florida

Opinion filed April 28, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-534
Lower Tribunal No. 18-21-BP
_____

**Jorge Alberto Rubio,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Monroe County, Luis Garcia, Judge.

Eugene F. Zenobi, Criminal Conflict and Civil Regional Counsel, Third Region, and Kristen Kawass, Assistant Regional Counsel, for appellant.

Ashley Moody, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.

Before LOGUE, GORDO, and LOBREE, JJ.

PER CURIAM.

We affirm based upon this Court's precedent in <u>Wyden v. State</u>, 958 So. 2d 540, 540 (Fla. 3d DCA 2007) (holding "[w]e lack even the authority to consider the trial court's failure to downward depart"). In so affirming, however, we acknowledge that the Supreme Court recently accepted conflict jurisdiction to resolve a dispute between the district courts on this point. <u>Wilson v. State</u>, No. SC20-1870 (Fla. Mar. 26, 2021).

Affirmed.